**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO. 5:25-CR-00073-GFVT-MAS**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                       **<u>UNITED STATES' RESPONSE TO MOTION</u>**
                                           **<u>TO REVOKE</u>**

**QUINCINO LAMONT WAIDE, JR.**                                     **DEFENDANT**

* * * * *

      The Hot Boyz are a small but violent street gang operating in Lexington, Kentucky. Though small, the Hot Boyz' years' long feud with rival gangs has disproportionately impacted the safety of this community.

      Quincino Lamont Waide, Jr., also known as "Freddie," (herein referred to as "Defendant" or "Waide") is a member of the Hot Boyz. Through his continued association with the Hot Boyz—in which he has openly dissed rival gang members and celebrated their murders—Waide has knowingly fueled gang violence in this community.

      Waide himself has twice (at minimum) been shot at by rival gang members. While some may argue that it is Waide's prerogative to invite violence upon himself though gang affiliation, gang disputes are not resolved in remote areas with words, dance battles, fists, or even switchblades. These disputes are being resolved with machineguns (more specifically, Glock switches) and other dangerous firearms in areas where ordinary citizens eat, sleep, commute, and work. Waide's conduct therefore not only endangers himself, but it also endangers society.

1

Beyond his gang affiliation, Waide presents with aggravating history and characteristics. In 2022, Waide assaulted his ex-girlfriend while she was holding their infant son, resulting in a misdemeanor crime of domestic violence. While on probation for that offense, Waide accepted payment from his fellow gang members to assist with criminal conduct, namely the murder of a federal witness, Kristopher Lewis ("Lewis").

Overall, while on probation, Waide maintained his gang contacts, even appearing in a music video depicting firearms and bragging about violence; provided assistance to Lewis's assailants in September 2023; and in Fall 2024, possessed a firearm.

When law enforcement attempted to serve a warrant on Waide in April 2025, Waide fled inside his home and engaged in obstructive conduct by wiping his phone. When law enforcement searched the residence, they found a firearm, ammunition, and three empty gun boxes.

Waide has little respect for the law and is a danger to society. He should remain in detention through the adjudication of this case.

## BACKGROUND AND PROCEDURAL HISTORY

Waide was convicted of a misdemeanor crime of domestic violence in March 2023. [R. 21 at 96 (Robison).] Following the attempted execution of a phone warrant on April 24, 2025, law enforcement found Waide in possession of a firearm, the same firearm that Waide used on October 24, 2024. [*Id.* at 106, 109.] On May 19, 2025, the United States charged Waide with a violation of 18 U.S.C. § 922(g)(9), possession of a firearm by an individual who has been convicted of a misdemeanor crime of domestic violence. [R. 1: Complaint.] FBI arrested Waide on May 20, 2025. The United States sought detention. United States Magistrate Judge Stinnett ("Judge Stinnett") held a preliminary and detention hearing on May 27, 2025. FBI Special Agent Isaac

2

Robison ("SA Robison") testified for the United States. [R. 7: Witness and Exhibit List.] Waide's mother testified for the defense. [*Id.*]

On June 4, 2025, Judge Stinnett issued a memorandum opinion and order, maintaining Waide's custodial status. [R. 9: Memordandum Opinion/Order.]

On June 5, 2025, a federal grand jury returned an indictment charging Waide with the same offense alleged in the Complaint. [R. 10: Indictment.]

The Defendant appealed Judge Stinnett's detention decision on June 18, 2025. [R. 18: Motion to Revoke.] The Court allowed additional time for the United States to order a transcript and respond. [R. 22: Order.]

## FACTS REALTING TO DETENTION

### A. Waide's Misdemeanor Crime of Domestic Violence

On February 26, 2022, Lexington Police Department ("LPD") responded to a domestic violence call. [R. 21 at 96 (Robison).] The victim, who is the mother of two of Waide's children, told law enforcement that Waide struck her and began to strangle her while she was holding one of their children. [*Id.*] The victim further reported that, before Waide left the scene, he struck her again and pushed her to the ground, again while she was holding the child. [*Id.*] Law enforcement captured photographs of the victim's injuries; the injuries corroborated the victim's account. [*Id.*] Waide was later convicted of fourth degree assault, attempted intimidation of a participant in a legal process, and trafficking in less than eight ounces of marijuana. [*Id.* at 96; Bond Report, p. 4.] In March 2023, Fayette Circuit Court sentenced Waide to twelve months in jail (suspended) and two years of supervised probation. [*Id.*]

### B. Waide's Gang Affiliation

The "Hot Boyz" refers to a street gang operating in Lexington, Kentucky. [R. 21 at 82 (Robison).] The Hot Boyz gang consists of at least eight self-identified members,[1] including but not limited to Daquis Sharp ("Sharp"), Jatiece Parks ("Parks"), William Dixon ("Dixon"), Desmond Bellomy ("Bellomy"), Quincino Waide, Jr. ("Waide"), Chance Gist ("Gist"),[2] and DeAngalo Boone ("DeAngalo"). [*Id.*] The Hot Boyz fall under the broader umbrella of West End[3] gangs [*Id.* at 85], and its members have several close West End associates, including Marvelous Davis ("Davis") [*Id.* at 90]. The Hot Boyz have been on law enforcement's radar because of their involvement in shootings, homicides, robberies, and narcotics trafficking. [*Id.* at 85.] The Hot Boyz are rivals to East End gangs, such as "EBK" and "530," having particular hostility towards the Sleet family—a family with *some* members who are associated with Lexington's East End. [*Id.* at 85-86.]

Although the violence between these two groups extends back several years, there are key events that led to the escalation of violence between these two groups, including the December 2020 murder of Sharp's brother, Ja'Quis Ray or "Pooda," and the May 2022 murder of Sharp's father, Eric Boone. [*Id.* at 85-86.] The cycle of retaliatory violence between the two groups

---

[1] SA Robison inadvertently failed to mention Zalan Dulin as one of the eight self-identified member of the Hot Boyz.

[2] Chance Gist is now deceased, another victim of suspected East/West gang violence.

[3] The East End commonly refers to the East End of downtown Lexington to include Race, Ohio, Chestnut, Martin Luther King and surrounding streets. The West End commonly refers to the Georgetown Street corridor beginning at the intersection of Newtown Pike and Georgetown Street and including all of the area South of Georgetown Road to New Circle Road.

Many of the Hot Boyz' members grew up in the East End of Lexington but began associating with West End gang members in the late 2010s.

The Hot Boyz are also rivals to some Northside groups but that rivalry has not resulted in the same level of violence as the Hot Boyz' rivalry with East End groups.

includes many other homicides and shootings that were not enumerated in the detention hearing.[4] However, SA Robison noted that the Hot Boyz are the primary suspects in the August 2023 murder of Malik Sleet. [*Id.* at 86.] Malik Sleet's brother, Jayden Sleet, was also murdered on October 24, 2024.[5]

According to Pooda's obituary, Waide was Pooda's childhood best friend. [*Id.* at 87; GX 2.] Since Pooda's death, Quincino Waide has posed with other Hot Boyz displaying hand signs to disrespect rival gangs. [R. 21 at 87 (Robison); GX 1.] In one such picture, Waide posed in a picture with other Hot Boyz members wherein Waide mimed firing a gun and the other members displayed hand signs. [R. 21 at 84-85 (Robison); GX 2.] That picture is captioned "[i]t's only 8 of us [b]ut we get shit done like it's 30 of us[,] 4 [spade emoji]." [R. 21 at 84-85 (Robison); GX 2.] The spade refers to a deceased Hot Boyz member (Pooda). [R. 21 at 84-85.]

In addition to Waide affiliating himself with the Hot Boyz through hand signs, evidence suggests that he celebrated the murder of Malik Sleet, both publicly and privately. [*Id.* at 90-93.] In one chat thread, Davis sent Waide a captioned picture of Malik Sleet that had been posted by the deceased's friend. [*Id.* at 90-93.] Waide eventually responded that the poster was "mad he got all em dead niggas." [GX 3 at 2.] Waide also participated in a music video[6] called "Hats," which

---

[4] For example, between October 19, 2024, and December 1, 2024, there were at least four homicides in Lexington with suspected East/West gang motivations: Dion Higgins, Jayden Sleet, Chance Gist, and Quaynell King. Other murders with suspected gang motivations (relevant to the groups discussed here) include but are not limited to Akeem Lyvers, Mykel Waite, Kenneth Bottoms, Dominico Cloyd, Herbie Booker, Mar'Quevion Leach, Jayontai McCann, William Edwards, Brandon Walker, and Marquis Tompkins, Jr.

[5] Micah Carter has been accused of the murder of Jayden Sleet. *See e.g.,* Lexington Police Department, Homicide Investigations, https://www.lexingtonky.gov/government/departments-programs/public-safety/police/bureau-investigation/homicide-investigations (last accessed July 11, 2025). Carter is affiliated with the West End.

[6] SA Robison recently discovered that Waide displayed gang-affiliated hand signs in a video posted to YouTube on August 3, 2024. This video was not discussed in the detention hearing. Relevant screenshots are pasted below.

5

is slang for bodies or murders, in which the Hot Boyz bragged about murders and displayed firearms. [R. 21 at 93-95 (Robison).] The lyrics of the song include "I have bodies like trophies" and "you can dig your brother up." [*Id.* at 94.] Malik Sleet, who had been murdered just months before the video, was the brother of the Hot Boyz' rivals, and SA Robison believes the latter lyric was a reference to Malik Sleet. [*Id.* at 94.] Law enforcement identified Waide in the video through his tattoos. [*Id.* at 95; GX 4.]

In March 2020, Zion Clark was murdered and Waide was shot.[7] [R. 21 at 87-88.] When a witness rendered aid to Waide, he told the witness that he knew who committed the shooting and that he would get them back. [*Id.* at 88.] When law enforcement interviewed him, Waide refused to identify the shooters. [*Id.* at 89.] Clark's murder remains unsolved.[8]

Two days after Jayden Sleet's murder, on October 26, 2024, a silver Lexus ("Lexus") approached a Chevrolet Cruze ("Cruze")—with one third-party vehicle between the Lexus and the Cruze—at the intersection of Old Todd's Road and Palumbo Drive. [*Id.* at 97, 99.] The occupants of the Lexus exited the vehicle and began firing on the Cruze. [*Id.* at 97.] Another driver's dash

---

 

[7] Since the detention hearing, a witness told law enforcement that Clark was not gang affiliated. The witness believes Clark was only shot because of his proximity to Waide on the day of the shooting. Lexington Police Department detectives confirmed that their records do not contain any information suggesting that Clark was a gang member.

[8] *See e.g.,* Lexington Police Department, Homicide Investigations, https://www.lexingtonky.gov/government/departments-programs/public-safety/police/bureau-investigation/homicide-investigations (last accessed July 11, 2025).

6

camera captured the shooting. [*Id.*; GX 5] The Cruze left the area at a high rate of speed, and the Lexus pursued it. [R. 21 at 97-98 (Robison).] The occupants of the Lexus continued to fire on the Cruze, and the occupant of the Cruze returned fire. [*Id.* at 98, 100, 101.] This exchange of gunfire occurred in residential neighborhoods. [*Id.* at 101; GX 6; GX 7.] Gunfire eventually disabled the Cruze. [R. 21 at 98, 101-02 (Robison).] A witness saw a single Black male matching Waide's description exit the vehicle. [*Id.* at 98, 102, 127.] Law enforcement later found paperwork inside the vehicle indicating that Markisha Raglin, Waide's aunt, owned the vehicle. [*Id.* at 102.] Waide has operated at least two other vehicles that were also registered in Raglin's name, including the vehicle parked outside of his apartment in April 2025. [*Id.* at 102.] The vehicle also contained paperwork with Waide's name on it. [*Id.* at 102.] Other witnesses reported the shooting to law enforcement.[9] [*Id.* at 97.] This incident is hereafter referred to as "the October 2024 shooting."

A palm print on the Lexus belonged to an individual whose sons who are involved in EBK and other East End gangs. [*Id.* at 103.] Law enforcement collected shell casings from the intersection of Old Todd's Road and Palumbo Drive, Patchen Drive, and from inside the Cruze. [*Id.* at 103.] The presence of shell casings in the Cruze indicates that the gun was fired from inside the vehicle. [*Id.* at 131.]

C. **Waide's April 2025 Possession of a Firearm and Ammunition**

In April 2025, LPD sought to execute a warrant for Waide's phone based on his suspected involvement in the October 2024 shooting and Lewis's homicide. [*Id.* at 104.] Because surveillance indicated that Waide lived with his girlfriend in Richmond, LPD enlisted the assistance of Richmond Police Department ("RPD"). [*Id.* at 104; 139.]

---

[9] Neither Waide nor his aunt reported the incident to law enforcement.

7

On April 24, 2025, as law enforcement performed surveillance on Waide's residence, they saw Waide exit his residence to walk his dog. [*Id.* at 104.] RPD officers exited their vehicle, identified themselves, and called to Waide, prompting Waide to flee inside his residence. [*Id.* at 105.] When Waide fled, he reached for his waistband and appeared to be holding something heavy as he ran, consistent with someone carrying a firearm. [*Id.*] Law enforcement then surrounded the residence and attempted to call Waide out of the residence. [*Id.*] Waide ultimately barricaded himself in the residence for approximately twenty-five minutes. [*Id.*] He and his girlfriend, Sierra Lang ("Lang"), eventually exited the residence. [*Id.*] When Lang exited the residence, she told law enforcement that she had a firearm inside the residence and that she hid it for the safety of the children. [*Id.* at 105; 135.] Lang did not attempt to claim ownership of the ammunition. [*Id.* at 109.]

RPD then obtained and executed a search warrant on the residence. [*Id.* at 106.] In the residence, law enforcement located a firearm in the floor vent of one of the children's bedrooms, ammunition, three empty Glock boxes (one with a scratched out serial number), and Waide's cell phone. [*Id.* at 106; 108.] Waide's phone had been wiped or factory reset, likely in the 25 minutes that he had barricaded himself in the apartment. [*Id.* at 106; 141; GX 8.]

Following the seizure of the firearm, law enforcement test fired the firearm and entered the shell casing data into the National Integrated Ballistic Information Network ("NIBIN").[10] [R. 21 at 127(Robison).]NIBIN indicated that the shell casings from the weapon seized in April 2025 matched the shell casings found inside the Cruze in October 2024. [*Id.* at 109, 127-28.]

---

[10] NIBIN is a ballistic imaging technology system utilized by both local law enforcement and the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). Law enforcement utilizes NIBIN to generate information regarding potential ballistic matches for collected spent shell casings.

Trace on the weapon shows that Lang purchased the weapon on August 11, 2021, one day after Waide's birthday.[11] [*Id.* at 109; R. 1, p. 5.] The firearm was not manufactured in the Commonwealth of Kentucky.[12] [R. 21 at 138 (Robison).]

When Waide was arrested on the Complaint in this case, Waide asked about the nature of the charges. [*Id.* at 110.] When SA Robison explained that the charge was firearm-related, Waide said that he was not on probation and that he could have a gun.[13] [*Id.*] SA Robison then mentioned the October 2024 shooting and Waide said "stupid." [*Id.*] He did not deny that he was involved in the shooting. [*Id.*]

### D. The Lewis Homicide[14]

Following an investigation by DEA, the United States brought charges against Rollie Lamar ("Lamar") and Lewis for drug trafficking. [*Id.* at 111.] Lewis served as a courier for Lamar in the drug trafficking conspiracy. [*Id.*] At the time of his arrest, Lamar erroneously assumed that Lewis's cooperation caused his arrest. [*Id.*] Although Lewis had not cooperated at that point, he later pleaded guilty and agreed to testify against Lamar. [*Id.* at 112.] Lamar became aware of Lewis's cooperation through discovery materials. [*Id.*]

---

[11] Either SA Robison misspoke or the transcript misstated the purchase date. The transcript stated October 11, 2021. The purchase date was actually August 11, 2021. [R. 1, p. 5.]

[12] Since the time of the detention hearing, ATF completed reports confirming that the firearm and most of the ammunition was manufactured outside of the Commonwealth of Kentucky.

[13] Raglin made similar statements to law enforcement on April 24, 2025. For example, when Lang told Raglin that Waide was being charged with fleeing, Raglin said: "That's what the man said, but I told him that he's not a felon." At that point, law enforcement had not mentioned anything about a firearm to Raglin. *See* Lang Interview, USA-80 at 12:56:50 – 12:57:12. Raglin admitted that Waide called her after he went inside the house. *See* Raglin Interview, USA-79 at appx. 00:35.

[14] For the sake of time, SA Robison provided an *overview* of the evidence for Lewis's murder in Waide's detention hearing. Neither the detention hearing nor this brief contain every piece of evidence known to the government about the murder. When the murder case is charged, the United States anticipates that its case-in-chief could last weeks.

9

On September 29, 2023, at approximately 8:15 AM, Lewis drove to his employment at Koch Air on Trade Street in Lexington. [*Id*.] When Lewis parked and exited his vehicle, three masked individuals exited a dark colored sedan and shot Lewis, killing him. [*Id*.] The dark-colored sedan (or "subject vehicle") then fled the scene. [*Id*.]

According to witnesses, the subject vehicle had been sitting in the parking lot for a significant period of time before Lewis's arrival. [*Id*.] The witnesses initially assumed the vehicle was unoccupied but realized otherwise when the vehicle turned on—just a short time before Lewis's arrival. [*Id.* at 112-13.]

A commercial truck that was sitting in the parking lot captured some of the incident on its in-cab camera. [*Id.* at 114; GX 9.] The in-cab camera showed Lewis's vehicle enter the parking lot and showed the subject vehicle leaving the parking lot shortly thereafter. [*Id.*] The murder itself was not captured on video but the camera captured the sound of the gunfire. [*Id.*] The subject vehicle left the scene immediately after the gunfire. [*Id.*]

After law enforcement responded, LPD collected multiple shell casings from the scene. Law enforcement later queried Flock camera[15] data, locating a black Acura that Daquis Sharp was known to operate (hereafter, "Acura"). [R. 21 at 113-14 (Robison).] The Acura was the only vehicle matching the description of the subject vehicle that was active and captured by Flock on the morning of the shooting. [*Id.* at 113.] The identification of Sharp's Acura initially led law enforcement to suspect the Hot Boyz' involvement. [*Id*.]

---

[15] Flock cameras exist throughout Lexington, capturing photographs of vehicles and reading license plates. [113.] Law enforcement can query the Flock database for vehicle and license plate information for a certain period of time after the data is captured.

10

NIBIN testing on the shell casings further corroborated the Hot Boyz' involvement with .9mm and .40 caliber shell casings from the homicide scene matching to two other shootings in which Sharp's black Acura was captured on video. [*Id.* at 115.]

Law enforcement confirmed that Sharp was still using the Acura in the days leading up to the homicide by comparing his cell-site location data with Flock data. [*Id.* at 116.] However, after the homicide, the Acura was found abandoned at 1101 Centre Parkway in Lexingon. Inside the abandoned vehicle, law enforcement located a hat known to be worn by Sharp, embroidered with "Big Pooda." [*Id.* at 116-17.] Law enforcement also found another shell casing that matched one of the previous shootings in which the Acura was captured on video. [*Id.* at 117.]

After the homicide, Sharp began driving a Dodge Durango. [*Id.* at 122.] At some point before Sharp's use of the vehicle, "Mr. Doss" used the Durango. [*Id.* at 122-23.] When Sharp stopped using the Durango several weeks after the homicide, Tarrone Moss ("Moss") was seen driving it. [*Id.*]

Further investigation indicated that Sharp, Dixon, Bellomy, and Parks were Lewis's executioners. [*Id.* at 113.] Dixon's cell-site location data placed him in the same area of Louisville as Lamar three days before the homicide. [*Id.* at 117.] After that apparent meeting, Dixon and the other Hot Boyz began surveilling Lewis. [*Id.*] Dixon's cell-site location data, which contained more detailed location information than many records available to law enforcement, placed him in the precise area of Lewis's home and work on September 27-28, 2023. [*Id.*] When law enforcement searched Dixon's cell phone, they located a text from Dixon to several other Hot Boyz on September 28, 2023, that included Lewis's license plate number. [*Id.*] Dixon's cell-site location data shows him in the area of Lewis's workplace when the message was sent. [*Id.* at 117-18.] Lewis's timecard shows that he was at work when Dixon sent the message. [*Id.* at 118.]

11

Bellomy's cell-site location data also places him in the area of Lewis's home and work on September 27-28, 2023. [*Id*.] In addition to the cell-site location data, Bellomy's ex-girlfriend had been tracking his location with Life360 or some similar GPS-based service and, on September 28, 2023, took a screenshot of Bellomy's location directly in front of Lewis's home. [*Id.* at 119.]

On the morning of the homicide, in the early morning hours, Bellomy and Dixon texted one another to coordinate picking each other up and discussing the location of gloves. [*Id.*]

Waide's cell-site location data indicated that, like the other Hot Boyz, he was very active in the early morning hours of September 29, 2023. [*Id.* at 123.] Waide started near the home of Tarrone Moss (the individual who later possessed the Durango). [*Id.*] Moss's ankle monitor data confirms that he was home during the time that Waide was in the area. [*Id.*] According to cell records, Waide left the area of Moss's home and went to the area of Centre Parkway (the location where the Acura was later dumped). [*Id.* at 123-24.] He then proceeded to the area of Dixon's residence on Warwick Drive. [*Id.*]

After the homicide, in the late afternoon/early evening, Dixon and Lamar's cell-site location data shows them in the same area of Lexington. [*Id.* at 118.] Shortly thereafter, Dixon began posing with thousands of dollars in cash on social media.[16] [*Id.*]

Also on the evening of the homicide, Dixon and Sharp texted each other the following:

- ➢ Sharp (7:25:15 PM): We gonna give Fred [Waide] prob 100 each
- ➢ Dixon(7:25:50 PM): Yup an Doja [Deangalo] said give him 5
- ➢ Sharp (7:28:23 PM): Bet cause he was talkin bout a band but either way it was 250 each from the 4 of us
- ➢ Dixon (7:29:28 PM): Yeah it don't matter to me, he just got in the car an said y'all just give me 5 but Watchu wanna give him $1000
- ➢ Dixon (7:29:32 PM): ?
- ➢ Sharp (7:30:07 PM): It dnt matter bru it's just 250 each but its yo call on this one
- ➢ Dixon (7:31:05 PM): We can give em the band since ETs wat we said in da first place gang

---

[16] Parks and Bellomy also posed with large stacks of money on social media.

➢ Sharp (7:31:18 PM): Bet

[GX 10.] Here, Dixon and Sharp discuss payment to Deangalo and Waide. [R. 21 at 120-21 (Robison); GX 10.] Not only did this conversation about payment occur on the night of the homicide, after the apparent meeting with Lamar, Sharp references "250 each from the 4 of us." [*Id.*] Again, law enforcement believes that four Hot Boyz were present on Trade Street to murder Lewis—Sharp, Dixon, Bellomy, and Parks. [*Id.*]

When Dixon said, "he just got in the car," it is not clear whether he was referring to Deangalo or Waide, but cell records indicate that Dixon and Waide were in the same area at the time of that message.[17] [R. 21 at 120 (Robison).] Although law enforcement is not certain what Waide was paid for, his cell-site location suggests that he may have helped to stage a vehicle, likely the Durango, so that Sharp would have transportation after abandoning the vehicle. [*Id.*]

### **3142(g) FACTORS**

**A. Nature and circumstances of the offense.**

18 U.S.C. § 3142(g)(1) instructs judicial officers to consider "the nature and circumstances of the offense charged, including whether the offense…involves a…firearm." This offense, possession of a firearm or ammunition by an individual with a misdemeanor conviction of domestic violence, involves a firearm.

*United States v. Gailes,* a case relating to the facial constitutionality of § 922(g)(9), well describes the nature of the crime, noting that "[d]omestic-violence convictions generally involve some sort of physical force; "[w]hen the presence of a gun accompanies the use of physical force, the likelihood that abuse turns to homicide greatly increases;" "domestic abusers with firearms are dangerous not only to their direct victims, but also to accompanying loved ones, bystanders, and

---

[17] Moreover, Dixon and Sharp appear to be talking about giving Waide $250 each rather than $100 each whereas the payment to Deangalo was set at "5."

responding law enforcement officers;" and "the recidivism rate for domestic-violence offenders is high." *See United States v. Gailes*, 118 F.4th 822, 827-29 (6th Cir. 2024).

Here, Waide's domestic violence conviction involved repeated applications of force, including pushing, striking, and strangulation. Waide then possessed a firearm ("the subject firearm") in October 2024 (while still on probation for his domestic violence offense) and April 2025 (mere months after getting off probation). Waide also possessed ammunition in April 2025.

### B. The weight of the evidence against the person.

Waide's domestic violence conviction, a violation of Kentucky Revised Statute ("KRS") 508.030, is documented in the bond report and court documents from Fayette Circuit Court. KRS 508.030 has been the basis of previous prosecutions under 18 U.S.C. § 922(g)(9). *See, e.g., United States v. Watkins*, 407 F. Supp. 2d 825, 827 (E.D. Ky. 2006); *United States v. Luck*, No. 18-142, 2019 U.S. Dist. LEXIS 9905 (E.D. La. Jan. 22, 2019).

The indictment alleges that Waide, as an individual with a misdemeanor crime of domestic violence, possessed the subject firearm as well as certain ammunition during a date range beginning in October 2024 and ending in April 2025.

In October 2024, Waide used (and possessed) the subject firearm in a shooting. The shooting appeared to be targeted at Waide, who continued to be known as a West End gang member, in response to the murder of Jayden Sleet that occurred two days prior.[18] A witness saw a single person matching Waide's description abandon the Cruze; the Cruze was registered to Waide's aunt, who has registered multiple vehicles for him; the interior of the Cruze contained paperwork with Waide's name on it; and the firearm was purchased by Waide's girlfriend.

---

[18] Micah Carter has been accused of the murder of Jayden Sleet. *See e.g.,* Lexington Police Department, Homicide Investigations, https://www.lexingtonky.gov/government/departments-programs/public-safety/police/bureau-investigation/homicide-investigations (last accessed July 11, 2025). Carter is affiliated with the West End.

In April 2025, while attempting to serve a cell phone warrant, law enforcement called out to Waide, prompting him to flee inside of his apartment. While fleeing, Waide appeared to be holding something heavy in his waistband, consistent with a firearm. Waide barricaded himself inside the apartment and then apparently wiped his phone. When law enforcement did a search warrant of the residence, they located a firearm and ammunition. Law enforcement determined that this was the same firearm used in the October 2024 shooting. In other words, the firearm that was already strongly associated with Waide in October 2024—associated by virtue of the weapon being shot from a vehicle registered to Waide's aunt, someone matching Waide's physical description leaving the vehicle, Waide's paperwork being in the vehicle, etc.—was found in Waide's residence in April 2025, *after* Waide fled into that residence with an apparent firearm in his waistband.

Though Lang attempted to claim ownership of the firearm, the firearm had been used by Waide, not Lang,[19] in October 2024.

Likewise, while Lang claimed she hid the gun for the safety of her children, law enforcement found the firearm in a floor-level HVAC vent in one of the children's bedrooms (even though the apartment contained closet and laundry room shelving that would have actually been inaccessible to the children).

Lang did not attempt to claim ownership of, and neither Lang nor Waide attempted to hide, the ammunition found throughout the residence.

At the preliminary/detention hearing, the defense claimed that the apartment was *Lang's* apartment. However, law enforcement observed through surveillance that Waide lived with Lang [R. 21 at 104; 139 (Robison)]; Waide's possessions, including men's shoes and clothing, were in

---

[19] Lang is not a target of gang retaliation, and no one saw a female leaving the Cruze in October 2024.

15

the apartment [*Id.* at 142]; his work badge was in the apartment [*Id.*]; he works in Richmond, not Lexington [*Id.* at p. 147 (Haddix)]; and Waide's mother agreed that he lives at the apartment in Richmond at least half of the time (*Id.*). Moreover, on the day of the search warrant, both Raglin and Lang voluntarily spoke to law enforcement and neither claimed that he did not live there. [*Id.* at 142 (Robison).][20]

Meanwhile, at the time of his arrest, Waide did not deny the subject firearm being in his residence in April 2025 but claimed that he was not prohibited.

In sum, the United States can prove the allegation in the Indictment beyond a reasonable doubt—namely that, at some point between October 26, 2024, and April 24, 2025, in Fayette County or Madison County, Waide possessed the specified firearm or ammunition.

### C. The History and Characteristics of the Defendant

In March 2020, someone shot at Waide, resulting in injuries to Waide and the death of his friend, Zion Clark. Waide told a witness that he knew the identity of the assailants and that he would get them back. However, Waide refused to provide a statement to law enforcement. This incident demonstrates Waide's commitment to street justice (i.e., retaliatory violence). Clark's murder remains unsolved.

In 2022, Waide assaulted his girlfriend while she was holding their child, again demonstrating Waide's propensity to use violence as a means of solving disputes.

In September 2023, only a few months into his probation, Waide provided assistance to Sharp, Dixon, Bellomy, and Parks in their efforts to kill Kristopher Lewis. The Hot Boyz' involvement is not a crackpot law enforcement theory: among other things, video captured Sharp's

---

[20] The United States believes the question in the transcript was misstated (likely because the undersigned was not speaking clearly). At the time of the search warrant, neither Lang nor Raglin attempted to claim that Waide did not live at the apartment.

vehicle leaving the scene; shell casings from the scene linked to other shootings in which Sharp's vehicle was also captured on video; Dixon's cell site records show him surveilling Lewis's home and work for two days before the murder; Dixon sent the victim's license plate number in a group message the day before the murder; a screenshot of Bellomy's location showed him directly outside of the victim's home the day before the murder, etc.[21] On the morning of the homicide, Waide's cell phone was in the area of Tarrone Moss's residence (a person associated with the vehicle that Sharp swapped into after the murder); Centre Parkway (the area where the Acura was dumped following the murder); and Warwick Drive (William Dixon's residence). On the evening of the murder, Dixon and Sharp discussed payment from "the 4 of us" to Waide.

While Waide was on probation for his domestic violence offense, Waide continued to glamorize gang violence—for example, openly displaying hand signs in support of a violent street gang and appearing in at least one music video that bragged about murders. After losing his childhood best friend to gang violence and himself being shot in March 2020, Waide must have understood that hand signs and music videos with brags about murder were not harmless expression. He must have known that antagonizing his rivals would invite violence,[22] but he nevertheless chose to engage in that conduct—endangering not just himself but everyone around him.

After participating in displays to antagonize his rivals, and two days after the murder of Jayden Sleet, Waide possessed a firearm, using it in a shootout in both a busy intersection and a residential neighborhood. The date range in the Indictment includes this incident, and Waide was

---

[21] The United States plans to bring charges for Lewis's homicide in the near future.

[22] The United States is not suggesting that Waide and the Hot Boyz' disses justify retaliatory acts by East End gang members. However, bragging about the murder of one's family members—particularly a family member like Malik Sleet, who was not personally involved in gang hostilities—is incredibly inflammatory. Waide and the Hot Boyz know they are not inflaming the anger of average citizens; rather, they are trolling gang members with a known history of violence.

17

on probation at the time. Although it is true that Waide was fired upon first, he is not in the same position as, say, the innocent bystanders that were stuck between his vehicle and the Lexus. The bystanders had not openly antagonized violent gang members.

Despite the threat to his life and the significant property damage sustained to his aunt's vehicle, Waide did not report the incident to law enforcement, again suggesting his preference for street justice.

In April 2025, after law enforcement called out to Waide, he fled. Although law enforcement had not told him why they were there, Waide reset his phone (i.e., engaged in obstructive conduct) while barricaded inside of his apartment.

### D. Danger to the Community

The Defendant's past conduct demonstrates his danger to the community. While Waide claims to have lived with his mother since 2021, and states that he will live with his mother if released, much of the Defendant's past conduct occurred while allegedly living under his mother's roof. [R. 21 at 147 (Haddix).] Similarly, while the Defendant claims that release on conditions will mitigate danger to the community, much of the Defendant's past conduct occurred when he was on supervised probation.

### **CONCLUSION**

Federal law does not criminalize friendship, but it does criminalize conspiracies to engage in criminal conduct as well as the commission of racketeering activities in support of a criminal enterprise. Most street gangs are not merely friendship circles; most are organized crime enterprises that foster criminal conspiracies, providing these "friends" with purpose and direction to engage in criminal conduct. Waide is not yet charged with a gang-related crime; however,

18

because society has chosen to punish such associations through the federal criminal code, it is not outrageous to suggest that gang affiliation poses a danger to the community.

Gang affiliation particularly suggests danger when the gang in question is suspected of "violent acts such as shootings, homicides, robberies, narcotics trafficking," etc. This gang's members are, among other things, suspected in shootings on March 4, 2023, and April 4, 2023 [*Id.* at 115 (Robison)]; suspected in a shooting that occurred on July 4, 2023;[23] suspected in the murder of Malik Sleet [*Id.* at 86]; accused of shooting at an LPD officer over 40 times;[24] and suspected in the murder of Kristopher Lewis [*Id.* at 113-124].

Waide is not an unwitting associate/member of the Hot Boyz. He posed in pictures with the Hot Boyz, himself displaying gang signs in those pictures; participated in a music video in which the Hot Boyz bragged about murder, including the murder of their rivals' brother; and, apparently, assisted the other Hot Boyz with criminal activity in September 2023. Waide has continued to choose that association despite it causing injury to himself and others.

Upon this backdrop, Waide, who has a misdemeanor conviction for domestic violence, is a prohibited person who possessed (and used) a firearm. Waide is therefore a person with a history of physical violence who has dangerous friends (the Hot Boyz) and dangerous values (e.g., his commitment street justice); has encouraged an escalation of gang violence without any regard for the danger to third parties; has provided assistance to his dangerous friends; and has possessed a firearm in violation of federal law. He should remain detained pending the resolution of this case.

---

[23] Kelsey Souto, *Police: 2 men charged with shooting police officer now facing charges for 2023 shooting,* WKYT, Feb. 29, 2024, https://www.wkyt.com/2024/02/29/police-2-men-charged-with-shooting-police-officer-now-facing-charges-2023-shooting/ (last accessed July 11, 2025).

[24] *See United States v. Sharp,* 5:24-mj-5090, R. 1-1: Complaint. When Sharp shot at Detective Music, he was on bond in four other felony cases. *See* Lee Searcy, *Bond revoked in prior cases for man charged in detective shooting,* LEX18, Mar. 8, 2024, https://www.lex18.com/news/lex-18-investigates/bond-revoked-in-prior-cases-for-man-charged-in-detective-shooting (last accessed July 11, 2025).

Respectfully submitted,

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

By:   /s/ Mary L. Melton
Mary Lauren Melton
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4802
Mary.Melton@usdoj.gov
*Counsel for United States*

## CERTIFICATE OF SERVICE

On July 11, 2025, I electronically filed this response through the ECF system, which will send notice of docket activity to counsel of record.

s/ Mary Lauren Melton
Assistant United States Attorney